# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JOHNSON III,<br><br>Plaintiff,<br><br>v.<br><br>PTS OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:18-cv-0434-JLT (PC)<br><br>**ORDER TO ASSIGN DISTRICT JUDGE; AND**<br><br>**FINDINGS AND RECOMMENDATIONS TO PROCEED ON COGNIZABLE CLAIMS ONLY AND TO DISMISS ALL REMAINING CLAIMS**<br><br>(Doc. 1, 13)<br><br>**FOURTEEN-DAY DEADLINE** |

The Court screened Plaintiff's complaint previously screened and found it states a cognizable Fourteenth Amendment conditions of confinement claim against PTS of America and Melvin Moore; a Fourteenth Amendment medical indifference claim against Moore, Elinore Sawyer, and John Doe 1; and state law negligence and intentional infliction of emotional distress claims against PTS of America and Moore. (Doc. 13.) The Court directed Plaintiff to file a notice informing the Court whether he wished to proceed on the complaint as screened, to stand on the complaint, or to dismiss this action. Plaintiff has now filed a notice that he wishes to proceed on the complaint on screened. (Docs. 14-15.)

Accordingly, the Court ORDERS that a district judge be assigned to this case; and

The Court RECOMMENDS that this action proceed only on the claims found cognizable in

1

the Court's Screening Order and referenced above. All other claims and defendants should be dismissed for failure to state a claim.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within 14 days from the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **July 1, 2019**                     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE