UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JOHNSON III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PTS OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-0434-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO PROCEED ON COGNIZABLE CLAIMS ONLY AND TO DISMISS ALL REMAINING CLAIMS**<br><br>(Doc. 17) |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 1, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed July 1, 2019 (Doc. 17), are adopted in full;

1

2. This action shall proceed on the following claims: (1) a Fourteenth Amendment conditions of confinement claim against PTS of America and Melvin Moore; (2) a Fourteenth Amendment medical indifference claim against Moore, Elinore Sawyer, and John Doe 1; and (3) state law negligence and intentional infliction of emotional distress claims against PTS of America and Moore. All other claims and defendants are hereby dismissed for failure to state a claim; and

3. This matter is referred back to the magistrate judge for further proceedings consistent with this Order.

IT IS SO ORDERED.

Dated: **July 30, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE