1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JACK JOHNSON III,                         No.  1:18-cv-0434-JLT (PC)

12           Plaintiff,                        ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO DENY
13           v.                                DEFENDANT PTS OF AMERICA'S MOTION
                                               TO DISMISS
14   PTS OF AMERICA, et al.,
                                               (Doc. Nos. 25, 29)
15           Defendants.

16

17

18          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On April 13, 2020, the magistrate judge filed findings and recommendations, which were

22   served on plaintiff and which contained notice to the parties that any objections to the findings

23   and recommendations were to be filed within fourteen days.  (Doc. No. 29.)  No objections have

24   been filed.

25          The court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27   ORDERED that:

28   /////

                                                  1

1       1.  The findings and recommendations filed April 13, 2020 (Doc. No. 29), are adopted in

2   full;

3       2.  Defendant PTS of America's motion to dismiss for failure to exhaust administrative

4   remedies (Doc. No. 25) is DENIED; and

5       3.  Defendant is directed to file an Answer within fourteen days from the date of this

6   Order.

7

8   IT IS SO ORDERED.

9     Dated:   **July 16, 2020**

                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28