UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JOHNSON III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PTS OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-0434-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT PTS OF AMERICA, LLC'S REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>**(Doc. 41)** |

Defendant PTS of America, LLC seeks an extension of the deadlines for filing an exhaustion motion and for conducting discovery on the ground that it was unable to depose plaintiff due to scheduling issues involving the entity that set up the video link for plaintiff's October 30, 2020 deposition. (Doc. 41.) Due to the difficulty in scheduling plaintiff's deposition again, defendant requests a ninety-day extension of time of these deadlines. The Court construes defendant's motion as a request to modify the Discovery and Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4). Good cause appearing, defendant's motion is **GRANTED** (Doc. 41). The August 6, 2020, Discovery and Scheduling Order is modified as follows:

1. The deadline for motions challenging exhaustion of administrative remedies is February 8, 2021;
2. The deadline for completion of all discovery, including filing motions to compel, is

1

  March 8, 2021; and

  3.  The deadline for filing pre-trial dispositive motions is June 8, 2021.

IT IS SO ORDERED.

  Dated:   **December 3, 2020**                    **/s/ Jennifer L. Thurston**
  UNITED STATES MAGISTRATE JUDGE