UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JOHNSON III,<br><br>Plaintiff,<br><br>v.<br><br>PTS OF AMERICA, et al.,<br><br>Defendants. | No. 1:18-cv-0434-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANT JOHN DOE<br><br>(Doc. No. 46)<br><br>CASE TO REMAIN OPEN |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2020, the magistrate judge filed findings and recommendations to dismiss defendant John Doe because plaintiff has failed to identify the Doe defendant after having been directed to submit relevant identification information. (Doc. No. 46.) The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

/////

/////

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed December 2, 2020 (Doc. No. 46), are adopted
5 | in full; and
6 |     2. Defendant John Doe is dismissed from this action pursuant to Federal Rule of Civil
7 | Procedure 4(m).

IT IS SO ORDERED.

   Dated: **March 19, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2